No. 77–6900. MACKEY v. FLORIDA. Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–6914. DAVIS v. LAWYERS PROFESSIONAL RESPONSIBILITY BOARD OF MINNESOTA ET AL. Appeal from Sup. Ct. Minn. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–6988. BLOCH ET UX. v. GENERAL MOTORS ACCEPTANCE CORP. Appeal from App. Div., Sup. Ct. N. Y., 2d Jud. Dept., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–6999. WAYLAND v. ESSEX COUNTY BANK & TRUST Co. Appeal from C. A. 1st Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–7003. WAYLAND v. ESSEX COUNTY NEWSPAPERS, INC. Appeal from C. A. 1st Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–74. THEIS v. CITY OF SAN ANTONIO, BY AND THROUGH WATER WORKS BOARD OF TRUSTEES OF SAN ANTONIO. Appeal from Ct. Civ. App. Tex., 12th Sup. Jud. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.